to dismiss for failure to print, allowed. L. C. Caldwell for plaintiff; Arnfield & Turner for defendant.

BOWDEN v. R. Co., from Iredell County. Affirmed. B. F. Long and W. G. Lewis for plaintiff; G. F. Bason and A. B. Andrews, Jr., for defendant.

STATE v. HAMBY, from Wilkes County. Dismissed for want of appeal bond. Attorney-General for State; no counsel for defendant.

STATE v. McGLAMMERY, from Wilkes County. Affirmed on authority of *State v. Ray*, 89 N. C., 589. Attorney-General for State; R. N. Hackett for defendant.

STATE v. FOSTER, from Watauga County. Affirmed. Attorney-General for State; no counsel for defendant.

WILSON v. FOSTER, from Burke County. Affirmed. S. J. Ervin for plaintiff; A. C. Avery for defendant.

WYCOFF v. RAILROAD Co., from Catawba County. Affirmed upon authority of *Norwood v. R. Co.,* 111 N. C., 236. W. C. Feimster and M. H. Yount for plaintiff; G. F. Bason for defendant.

KRAMER v. R. Co., from McDowell County. Affirmed. Morris & Morgan and E. J. Justice for plaintiff; G. F. Bason for defendant.

STATE v. WILLIAMS, from Gaston County. Affirmed. Attorney-General and Brown Shepherd for State; Osborne, Maxwell & Keerans for defendant.

GARREN v. SCOTT, from Henderson County. Affirmed. W. A. Smith and A. E. Posey for plaintiff; no counsel for defendant.

BAXTER v. PORTER, from Lincoln County. Affirmed. Jones & Tillett for plaintiff; D. W. Robinson for defendant.

- HERMES v. CANNON, from Gaston County. Affirmed. R. L. Durham for plaintiff; Burwell, Walker & Cansler for defendant.